### In re Steven SOUSIE

[506 A.2d 85]

No. 85-550

January 22, 1986. Petitioner's motion to dismiss the State's notice of appeal under 13 V.S.A. § 7556(c) for lack of jurisdiction is denied.

13 V.S.A. § 7556(c) provides for an appeal of the conditions of release by the State to the Supreme Court. Jurisdiction for the appeal is established by the timely filing of a notice of appeal with the court that imposed the conditions of release. See V.R.A.P. 3. The State's notice of appeal was timely filed on December 16, 1985. The error in the place of filing did not affect the jurisdiction of the Court to hear the appeal. See V.R.A.P. 4. (If a notice of appeal is mistakenly filed in the Supreme Court, the clerk of the Supreme Court shall note the date on which it was received and transmit it to the clerk of the superior court, and it shall be deemed filed in the superior court on the date so noted.)

### In re Michael J. GOBIN

[507 A.2d 979]

No. 86-021

January 28, 1986. The resignation of Attorney Michael J. Gobin from the Bar of the Vermont Supreme Court is accepted subject to the terms and conditions of 12 V.S.A. App. VIII, A.O. 9, § 14. Judgment that Michael J. Gobin is removed from the office of attorney and counsellor at law and solicitor in chancery, and his name is stricken from the rolls.

Michael J. Gobin is reminded that he must comply with 12 V.S.A. App. VIII, A.O. 9, § 16.